United States District Court
Southern District of Texas
**ENTERED**
April 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MXOLISI MSIBI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEMORIAL HERMANN HEALTH SYSTEM,<br><br>Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. H-23-3100<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

On the joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (Docket Entry No. 42), all claims in this case are dismissed with prejudice, with each party to bear their own costs. This court retains jurisdiction to enforce the settlement agreement.

SIGNED on April 18, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge